IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 14-0321 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| CALIFORNIA MEN'S COLONY CANTEEN EMPLOYEES; ASSOCIATION OF INMATES, | |
| Defendants. / | |

Plaintiff, who refers to himself as a federal judge, is a California prisoner incarcerated at the California Men's Colony ("CMC"). Although the caption of the complaint refers to the habeas statutes 28 U.S.C. 2241 and 28 U.S.C. 2243, the nature of his claims are civil rights claims in that he e complains about prison conditions. Specifically, he claims that CMC officials are "raiding" the cells of inmates. CMC is located within the venue of the United States District Court for the Central District of California. Venue for civil rights claims concerning the conditions of his confinement at CMC is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: February __7__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE